1  Martin E. Rosen (108998),
   mrosen@bargerwolen.com
2  Theresa J. Macellaro (147866),
   tmacellaro@bargerwolen.com
3  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
4  Los Angeles, California 90071
   Telephone: (213) 680-2800
5  Facsimile: (213) 614-7399

6  Attorneys for Defendant Sun Life Assurance
   Company of Canada (U.S.)
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11  CARROLL PLEASANCE,              ) CASE NO.: 3:09-cv-06067-EMC
                                    )
12            Plaintiff,            ) Hon. Edward M. Chen
                                    )
13       vs.                        ) **JOINT STIPULATION**
                                    ) **EXTENDING DEFENDANT SUN**
14  SUN LIFE ASSURANCE COMPANY      ) **LIFE ASSURANCE COMPANY OF**
    OF CANADA (U.S.), DOES 1-10,    ) **CANADA (U.S.)'S TIME TO**
15  INCLUSIVE,                      ) **RESPOND TO COMPLAINT**
                                    )   ORDER
16            Defendants.           )
                                    ) Complaint Filed: November 17, 2009
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

i:\office\10260\082\10pleadings\stipulation extend ld respond to complaint.doc

JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1    Plaintiff Carroll Pleasance ("Pleasance") and Defendant Sun Life Assurance
2    Company of Canada (U.S.) ("Sun Life"), hereby stipulate, through their counsel of
3    record, as follows:

4        1.    Sun Life removed this matter to this Court on December 30, 2009.

5        2.    Sun Life's response to Pleasance's Complaint is presently due on
6    January 7, 2010.

7        3.    Pleasance agrees to grant Sun Life an additional 15 days to file its
8    responsive pleading to the Complaint, such that the responsive pleading is now due
9    on January 22, 2010.

10       4.    This stipulation will not alter the date of any event or any deadline
11   already fixed by Court order.

12   **IT IS SO STIPULATED.**

13

14   Dated: January 4, 2010                    BARGER & WOLEN LLP

15

16                                             By: MARTIN E. ROSEN
                                                   THERESA J. MACELLARO
17                                                 Attorneys for Defendant Sun Life
                                                   Assurance Company of Canada
18                                                 (U.S.)

19   Dated: January 4, 2010                    BALDWIN LAW GROUP

20

21                                             By: PATRICK BALDWIN
                                                   EDWARD DONNELLY
22                                                 Attorneys for Plaintiff Carroll
                                                   Pleasance
23

                                               IT IS SO ORDERED:
24

25

26                                             Edward M. Chen
27                                             U.S. Magistrate Judge

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**
**(Carroll Pleasance v. Sun Life)**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47ᵗʰ Floor, Los Angeles, California 90071-2043.

On **January 4, 2010**, I served the foregoing document(s) described as **JOINT STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPONSE TO COMPLAINT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

**Patrick Baldwin, Esq.**
**Christopher Mader, Esq.**
**Edward Donnelly, Esq.**
**Baldwin Law Group**
**530 Oak Grove Avenue, Suite 207**
**Menlo Park, CA 94025**

**[X] BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[ ] BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows:

**[ ] BY E-MAIL**

[ ] By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[ ]    **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on **January 4, 2010**.

NAME:   Patricia Bronstrup                    _____
                                               (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10260\082\10pleadings\proof- federal.doc