Martin E. Rosen (108998),
mrosen@bargerwolen.com
Theresa J. Macellaro (147866),
tmacellaro@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant Sun Life Assurance
Company of Canada (U.S.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL PLEASANCE, | CASE NO.: 3:09-cv-06067-EMC |
| Plaintiff, | Hon. Edward M. Chen |
| vs. | **JOINT STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT** |
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), DOES 1-10, INCLUSIVE, | ORDER |
| Defendants. | Complaint Filed: November 17, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10260\082\10pleadings\stipulation extend ld respond to complaint.doc

JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1  Plaintiff Carroll Pleasance ("Pleasance") and Defendant Sun Life Assurance
2  Company of Canada (U.S.) ("Sun Life"), hereby stipulate, through their counsel of
3  record, as follows:
4      1.  Sun Life removed this matter to this Court on December 30, 2009.
5      2.  Sun Life's response to Pleasance's Complaint is presently due on
6  January 7, 2010.
7      3.  Pleasance agrees to grant Sun Life an additional 15 days to file its
8  responsive pleading to the Complaint, such that the responsive pleading is now due
9  on January 22, 2010.
10     4.  This stipulation will not alter the date of any event or any deadline
11 already fixed by Court order.
12 **IT IS SO STIPULATED.**

Dated: January 4, 2010

BARGER & WOLEN LLP

By: MARTIN E. ROSEN
THERESA J. MACELLARO
Attorneys for Defendant Sun Life
Assurance Company of Canada
(U.S.)

Dated: January 4, 2010

BALDWIN LAW GROUP

By: PATRICK BALDWIN
EDWARD DONNELLY
Attorneys for Plaintiff Carroll
Pleasance

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge

## PROOF OF SERVICE
### (Carroll Pleasance v. Sun Life)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **January 4, 2010**, I served the foregoing document(s) described as **JOINT STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPONSE TO COMPLAINT** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

Patrick Baldwin, Esq.
Christopher Mader, Esq.
Edward Donnelly, Esq.
Baldwin Law Group
530 Oak Grove Avenue, Suite 207
Menlo Park, CA 94025

[X] **BY MAIL**

[X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE**

[ ] By transmitting an accurate copy via facsimile to the person and telephone number as follows:

[ ] **BY E-MAIL**

[ ] By transmitting an accurate copy(ies) via e-mail to the person(s) and e-mail address(es) as follows:

[ ]   **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Los Angeles, California on **January 4, 2010**.

NAME:  Patricia Bronstrup          _____
                                    (Signature)

BARGER & WOLEN LLP
633 WEST FIFTH STREET
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10260\082\10pleadings\proof-federal.doc