# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL PLEASANCE, | CASE NO.: 3:09-cv-06067-SBA |
| Plaintiff, | Hon. Saundra Brown Armstrong |
| vs. | **ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY FILE AMENDED COMPLAINT** |
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), DOES 1-10, INCLUSIVE, | |
| Defendants. | |
| | Complaint Filed: November 17, 2009 |

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY FILE AMENDED COMPLAINT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1    Based on the stipulation of the parties extending the date for Defendant Sun

2  Life Assurance Company of Canada (U.S.) ("Sun Life")  to respond to Plaintiff's

3  Complaint , and good cause appearing, the date by which Sun Life must file a

4  responsive pleading shall be extended to February 5, 2010.

5

6  **IT IS SO ORDERED.**

7

8  Dated:  January 25, 2010                          By: *Saundra B Armstrong*

9                                                                    Honorable Saundra Brown Armstrong

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE
COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY
FILE AMENDED COMPLAINT

**BARGER & WOLEN** LLP
**633 W. FIFTH ST.**
**FORTY-SEVENTH FLOOR**
LOS ANGELES, CA 90071
(213) 680-2800