1
2
3
4
5
6
7
8
9
10          **UNITED STATES DISTRICT COURT**
11          **NORTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| CARROLL PLEASANCE, | CASE NO.: 3:09-cv-06067-SBA |
| Plaintiff, | Hon. Saundra Brown Armstrong |
| vs. | **ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY FILE AMENDED COMPLAINT** |
| SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), DOES 1-10, INCLUSIVE, | |
| Defendants. | |
| | Complaint Filed: November 17, 2009 |

-1-
[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY FILE AMENDED COMPLAINT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  Based on the stipulation of the parties extending the date for Defendant Sun
2  Life Assurance Company of Canada (U.S.) ("Sun Life")  to respond to Plaintiff's
3  Complaint , and good cause appearing, the date by which Sun Life must file a
4  responsive pleading shall be extended to February 5, 2010.

6  **IT IS SO ORDERED.**

8  Dated:  January 25, 2010                      By: *[signature]*
9                                                Honorable Saundra Brown Armstrong

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-
[PROPOSED] ORDER GRANTING STIPULATION EXTENDING DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)'S TIME TO RESPOND TO COMPLAINT IN ORDER THAT PLAINTIFF MAY FILE AMENDED COMPLAINT