1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**OAKLAND DIVISION**

12
13

CARROLL PLEASANCE,                    )    CASE NO.: 3:09-cv-06067-SBA
                                      )
14
        Plaintiff,                    )    Hon. Saundra Brown Armstrong
                                      )
15
        vs.                           )    **ORDER GRANTING  PLAINTIFF**
                                      )    **LEAVE TO FILE FIRST AMENDED**
16                                    )    **COMPLAINT**
SUN LIFE ASSURANCE COMPANY OF         )
17
CANADA (U.S.), DOES 1-10, INCLUSIVE,  )
                                      )
18
        Defendants.                   )
                                      )
19                                    )    Complaint Filed:    November 17, 2009
                                      )
20                                    )
                                      )
21                                    )
                                      )
22
23

        Based on the stipulation of the parties permitting Plaintiff to file his First Amended

24

Complaint, and good cause appearing, Plaintiff is hereby granted leave to file his First Amended

25

Complaint.  Plaintiff shall file his First Amended Complaint on or before February 5, 2010, and

26

Defendant shall have the statutory period of time to respond.

27
28

1

2

3    **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

4

5    Dated:  February 4, 2010                    By: _Saundra B Armstrong_

6                                                Honorable Saundra Brown Armstrong

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28