UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARROLL PLEASANCE,<br><br>  Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), DOES 1-10, INCLUSIVE,<br><br>  Defendants. | CASE NO.: 3:09-cv-06067-SBA<br><br>Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   November 17, 2009 |

Based on the stipulation of the parties permitting Plaintiff to file his First Amended Complaint, and good cause appearing, Plaintiff is hereby granted leave to file his First Amended Complaint. Plaintiff shall file his First Amended Complaint on or before February 5, 2010, and Defendant shall have the statutory period of time to respond.

1
2
3  **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
4
5  Dated:  February 4, 2010                By: *Saundra B. Armstrong*
6                                          Honorable Saundra Brown Armstrong