PATRICK BALDWIN, ESQ. (SBC # 93337)
CHRISTOPHER P. MADER, ESQ. (SBC # 199605)
EDWARD DONNELLY, ESQ. (SBC # 220980)
BALDWIN LAW GROUP
530 Oak Grove Avenue, Suite 207
Menlo Park, CA 94025
Phone: (650) 326-8195
Fax:    (650) 326-0467

Attorneys for Plaintiff
Carroll Pleasance

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARROLL PLEASANCE,** | Case No.: 4:09-cv-06067-SBA |
| Plaintiff, | Hon. Sandra Brown Armstrong |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT SUN LIFE WITH PREJUDICE** |
| **SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.), DOES 1-10, inclusive;** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Carroll Pleasance and Defendant Sun Life Assurance Company of Canada (U.S.) ("Sun Life") hereby stipulate and agree that:

**The entire complaint including all claims and causes of action brought by Plaintiff Carroll Pleasance against Sun Life in the above captioned matter are dismissed with prejudice.**

Respectfully submitted,

**For Plaintiff Carroll Pleasance**

Dated:  September 1, 2010

BALDWIN LAW GROUP

By:
PATRICK BALDWIN
EDWARD DONNELLY
Attorneys for Plaintiff Carroll Pleasance

**For Sun Life Assurance Company of Canada (U.S.)**

Dated:  September 1, 2010

BARGER & WOLEN LLP

By:
MARTIN E. ROSEN
THERESA J. MACELLARO
Attorneys for Defendant Sun Life Assurance Company of Canada (U.S.)

**IT IS SO ORDERED**

_____
The Honorable Saundra Armstrong
United States District Court

__10/6/10_____
Date